UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DIANA BURKINDINE

      Plaintiff,

V.                                       CIVIL ACTION NO
                                             1:08-cv-01681-RDB

CHESAPEAKE CREDIT, INC.

Defendant.                                   November 3, 2008

## STIPULATION FOR DISMISSAL

The plaintiff through her attorney Bernard T. Kennedy, stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

                                                     THE PLAINTIFF

                                                     BY/S/Bernard T. Kennedy
                                                     Bernard T. Kennedy, Esquire
                                                     The Kennedy Law Firm
                                                     P.O. Box 657
                                                     Edgewater, MD 21037
                                                     Ph   (443) 607-8901
                                                     Fax (443) 607-8903
                                                     Fed. Bar # Md26843
                                                     bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 11/03/08 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy